**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSUE ROMERO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SAKAR INTERNATIONAL, INC.<br><br>Defendant. | Case No. 1:20-cv-09218<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         March 9, 2021

```
SO ORDERED.

New York, New York
March 10, 2021

/s/ John G. Koeltl
John G. koeltl, U.S.D.J.
```

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*